**FILED**
**09/16/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

4:24-cv-126-TWP-KMB

Sept 10, 2024

To whom it may concern.
I was recently sexually assalted here in Floyd county jail and was beatened and drug through the jail in front of staff members and other inmates and nursing staff naked and thrown in a padded sell. I had just wrote this court staff two days prior to this horrible, horrible thing that just happened to me on August 22, 2024 at approxilimy at 8:47 PM at Floyd County jail. I was sodimized and beatened and stomped. Please someone help me it you cant I can go to the Supreme court of appeals I have let you all know whats going on. This is rite under your noises and you all are letting this happen to inmates it's not right we need Help. ASAP